**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **SHANE WHITTINGTON,** | : | |
| **Plaintiff,** | : | |
| **V.** | : | **NO. 4:26-cv-00805-CDL-AGH** |
| **MUSCOGEE COUNTY JAIL,** | : | |
| **Defendant.** | : | |

**ORDER OF DISMISSAL**

Plaintiff Shane Whittington, a detainee in the Muscogee County Jail in Columbus, Georgia, filed a complaint under 42 U.S.C. § 1983, and a motion for leave to proceed *in forma pauperis*. ECF Nos. 1 & 2. He did not, however, sign either of these filings. *See* ECF No. 1 at 7; ECF No. 2 at 2-3. As a result, the court clerk issued Plaintiff a notice of deficiency explaining that he must refile signed copies of his documents. Plaintiff was given fourteen days to refile his documents and was cautioned that his failure to do so may result in the dismissal of this case.

The time for compliance passed, and Plaintiff did not refile his signed documents or otherwise respond to the clerk's notice of deficiency. Accordingly, Plaintiff was ordered to show cause why this case should not be dismissed for failure to file signed copies of his complaint and motion for leave to proceed *in forma pauperis*. ECF No. 4. Plaintiff was given fourteen days to respond and was cautioned that his failure to do so would likely result in the dismissal of this case. *Id.*

More than fourteen days have passed since the order to show cause was entered, and Plaintiff has not responded to that order. Moreover, mail sent to Plaintiff at the Muscogee County Jail, the only address on file for Plaintiff, has been returned to this Court as undeliverable. ECF No. 5. As this Court has no information about Plaintiff's current whereabouts, this case cannot continue.

Therefore, because Plaintiff has failed to respond to the Court's orders or otherwise prosecute this case, his complaint is now **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 11th day of August, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA